**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6397**

———————

WILLIAM PARKE CUSTIS,

Plaintiff - Appellant,

v.

EXMORE POLICE DEPARTMENT; ADAM ZIEGER, Captain Exmore PD; JONATHAN GONZALEZ, Sergeant Exmore PD; SPENCER MORGAN; REVELL LEWIS, III; ROGER KENNEDY, NCSO Captain; RASMUSSEN, NCSO SGT; FURNESS, NCSO SGT; QUINCY, NCSO SGT; SHERRY, NCSO SGT; KANE, NCSO Deputy; ROSA, NCSO Deputy; LATIFA SAVAGE, Mediko Nurse; DR. OFOGH, Mediko; EASTERN SHORE REGIONAL JAIL; NORTHAMPTON COUNTY SHERIFF; TOWN OF EXMORE; NORTHAMPTON COUNTY; MEDIKO; DR. JOHN DOE, Mediko; SGT. JOHN DOE, NCSO; JOHN DOE 1; JOHN DOE 2; SGT. JOHN DOE, NCSO; CPL. DUFFMAN, NCSO,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:24-cv-00142-DJN-MRC)

———————

Submitted:  February 26, 2026                    Decided:  March 3, 2026

———————

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William Parke Custis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Parke Custis appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 action for failure to comply with the court's order to submit a second particularized complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Custis v. Exmore Police Dep't*, No. 3:24-cv-00142-DJN-MRC (E.D. Va. Apr. 16, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3